# Kramer Levin

Darren LaVerne  
Partner  
T 212.715.9190  
F 212.715.8190  
dlaverne@kramerlevin.com

1177 Avenue of the Americas  
New York, NY 10036  
T 212.715.9100  
F 212.715.8000

March 16, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   <u>United States v. Lewis et al.</u>, No. 20-CR-00234 (LAP)

Dear Judge Preska:

   We represent the defendant Count Cooks in this matter and write on behalf of the parties with regard to scheduling. We understand that for logistical reasons it was not possible to hold the scheduled status conference today with the defendants present, by phone or otherwise. In light of this, the parties are in agreement that it would make sense to reschedule the conference for a date when the defendants can appear along with counsel.

   Counsel for Mr. Cooks' co-defendants ask that the conference be set for a date in approximately three weeks. On behalf of our client, Mr. Cooks, we respectfully request that the conference be scheduled for a date as soon as practicable (which, we recognize, for logistical reasons, may effectively be in about three weeks). Mr. Cooks has not yet had the opportunity to appear before Your Honor since he was arrested and arraigned before the magistrate in September 2020, and would like to do so at the soonest possible date. We ask that he be permitted to appear by video conference, rather than by phone.

   In the interim, we respectfully request that the Court set a schedule for pretrial motions. If the Court is agreeable to doing so, the parties propose that defense opening briefs be

The Honorable Loretta A. Preska
March 16, 2021



due by April 30, 2021; the government's opposition be due by May 28, 2021; and defense reply briefs be due by June 11, 2021.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/17/21

Respectfully submitted,

/s/ Darren A. LaVerne
Darren A. LaVerne
Leah S. Friedman
Harry P. Morgenthau

cc:     All Counsel of Record (*by ECF*)