# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

August 12, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>United States v. Lewis et al.</u>, No. 20-CR-00234 (LAP)

Dear Judge Preska:

      We represent Count Cooks in the above-captioned action. Sentencing is presently scheduled for September 7, 2021, and, pursuant to the Court's rules, our sentencing memorandum is due two weeks prior, on August 24, 2021. In connection with our submission, we anticipate having Mr. Cooks evaluated by a forensic psychologist, whose retention was recently approved by the Court. To date, we have had difficulty scheduling that evaluation due to Covid-related restrictions at Essex Correctional Facility, where Mr. Cooks has been held, and the retained psychologist's schedule. Earlier today, we were advised that Mr. Cooks has been transferred to MDC, which will necessitate rescheduling his evaluation yet again.

      Accordingly, we ask that the sentencing date be adjourned to October 21 or 22, 2021 (or a date as soon as possible thereafter), with our memorandum due two weeks prior. Absent further scheduling delay, the adjournment should allow the psychologist to complete her work and for us to incorporate those findings into our sentencing submission.

      This is our first request for an adjournment. We have conferred with the government, which has no objection to this request.

Mr. Cooks' sentencing is adjourned to
October 15, 2021 at 10:00 a.m.   SO ORDERED.

*/s/ Loretta A. Preska*  8/12/2021

Respectfully submitted,

/s/ *Darren A. LaVerne*
Darren A. LaVerne
Leah S. Friedman
Harry P. Morgenthau

cc:     AUSA Adam S. Hobson (*by ECF*)