# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

September 29, 2021

Via ECF

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Lewis et al.*, No. 20-CR-00234 (LAP)

Dear Judge Preska:

We represent Count Cooks in the above-captioned action. Sentencing is presently scheduled for October 15, 2021, and, pursuant to the Court's rules, our sentencing memorandum is due two weeks prior, on October 1, 2021. In connection with our submission, we are having Mr. Cooks evaluated by a forensic psychologist. Due to Covid-related restrictions at MDC and other scheduling issues, the psychologist has been delayed in completing her evaluation.

Accordingly, we ask that the sentencing date be adjourned to November 30, 2021, *at 11:00am* with our memorandum due two weeks prior.

This is our second request for an adjournment. We have conferred with the government, which has no objection to this request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/30/21

Respectfully submitted,

/s/ *Darren A. LaVerne*
Darren A. LaVerne
Leah S. Friedman
Harry P. Morgenthau

cc:   AUSA Adam S. Hobson (*by ECF*)